IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | CASE NO.:  18-cv-00680 |
| Plaintiff, | |
| vs. | INJUNCTIVE RELIEF SOUGHT |
| HCP OXFORD OBG CASS PROPERTY COMPANY, LLC, d/b/a HOLIDAY INN EXPRESS MAG MILE CASS, | |
| Defendant, | |
| _____ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, HOWARD COHAN, and Defendant, HCP OXFORD OBG CASS PROPERTY COMPANY, LLC, d/b/a HOLIDAY INN EXPRESS MAG MILE CASS, through undersigned counsel, have agreed to a settlement of all issues, including fee and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. Each Party to bear its own fees and costs, except as otherwise specified in the settlement documents.

The Parties request this Honorable Court allow for an additional thirty (30) days to finalize a settlement agreement and submit final proposed Order of Dismissal.

Dated: May 2, 2018

Respectfully submitted,

| | |
|---|---|
| **ROBERT M. KAPLAN, P.C.** | **LICHTFIELD CAVO** |
| Counsel for Plaintiff | Counsel for Defendant |
| 1535 W. Schaumburg Rd., #204 | 303 W. Madison Street, Ste. 200 |
| Schaumburg, IL 60194-4052 | Chicago, IL  60606 |
| Telephone (847) 895-9151 | Telephone: (312) 781-6680 |
| Facsimile: (847) 895-7320 | Facsimile:  (312) 781-6630 |
| | |
| By:   /s/ Robert M. Kaplan    | By:    /s/ Victoria Vanderschaaf    |
| Robert M. Kaplan, IL Bar No. 6206215 | Victoria Vanderschaaf, IL Bar No. 6321660 |
| rmkap@robertkaplanlaw.com | vanderschaaf@litchfiledcavo.comm |

## CERTIFICATE OF SERVICE

    I certify that on May 3, 2018 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record or parties identified on the Service List below via transmission of Notice of Electronic Filing generated by CM/ECF.

                                              /s/ Robert M. Kaplan
                                              Robert M. Kaplan

## SERVICE LIST

**LICHTFIELD CAVO**
**Victoria Vanderschaaf**
Counsel for Defendant
303 W. Madison Street, Ste. 200
Chicago, IL 60606
Telephone: (312) 781-6680
Facsimile: (312) 781-6630

K:\KAPLAN\Clients\LITIGATION\COHAN FILES\CohanH.18LIT1282.2.Holiday Inn\Joint Notice of Settlement. 05 01 18.docx