IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN ) <br> ) <br> Plaintiff, ) <br> ) <br> vs ) <br> ) <br> HCP OXFORD OBG CASS PROPERTY ) <br> COMPANY LLC, d/b/a HOLIDAY INN ) <br> MAG MILE CASS ) <br> ) <br> Defendant. ) | Case No.: 18 CV 00680 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court, having considered same, it is hereby ORDERED AND ADJUDGED:

All claims that were or could have been raised in this action are hereby DISMISSED WITH PREJUDICE. The Court awards no fees or costs; attorneys' fees and other recoverable costs and expenses, if any, shall be disbursed as specified by the Parties in the Agreement.

Entered this 30th day of May, 2018.

_____
JOHN J. THARP, JR.
UNITED STATES DISTRICT JUDGE